HERBERT F. BRAITHWAITE v. AMERICAN ELEVATOR AND MACHINE CORPORATION. — Motion for leave to appeal or for a reargument denied, with ten dollars costs. Motion for stay and an extension of time to answer the amended complaint granted, and said time extended until ten days after service of order. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FRANK D. WILLIAMS and Others v. EAST RIVER NATIONAL BANK.— Motion granted upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

ROBERT K. TAYLOR v. ANDREW D. MELOY.— Motion granted on condition that plaintiff file an undertaking in the sum of $10,000 to secure defendant against loss caused or to be caused by the granting and continuance of the injunction. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

BARNETT SHUBERT v. GOODMAN WAREHOUSE CORPORATION.— Motion granted. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

A. & F. PLATE GLASS CO., INC., and Another v. BERTHA ALBERT, Impleaded with SIMON ALBERT.— Motion granted. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

BRUNSWICK REALTY COMPANY v. LION ELECTRIC MANUFACTURING CO., INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

ELDORA STANFORD v. STANLEY-CRANDELL COMPANY, Impleaded with STANLEY-MARK-STRAND CORPORATION and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

In the Matter of the Application of JAMES BUTLER against JOSEPH WARREN, Police Commissioner of the City of New York.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

LIZZIE COHEN v. 1165 FULTON AVENUE CORPORATION. CHARLES TISCH, INC., Appellant; EDWARD J. WALSH, Receiver, Respondent.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

In the Matter of the Application of MAX JOSEPH for Admission to the Bar.— Motion denied. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAM OBEY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

MADELINE MACLEAN v. ARTHUR E. MACLEAN.— Motion granted. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

HENRY A. CAESAR and Others v. SAMUEL HYMAN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.